# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Friday, 04 February, 2005 08:44:31 AM
Clerk, U.S. District Court, ILCD

**NOTICE OF ISSUANCE OF MANDATE ONLY AS TO**
**Appellant Valley Homes**

```
DATE:     February 1, 2005

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          Room 40
          211 - 19th Street
          Rock Island, IL  61201

FROM:     Gino J. Agnello, Clerk

RE:       04-1646
          Peterson, Linda v. Rock Island Housing
          01 C 4012, Joe Billy McDade, Judge
```

FILED
FEB 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal, issued **ONLY** as to Appellant Valley Homes.

A certified copy of the order/opinion of the court, dismissing this party(s) to this cause, shall constitute the mandate in this regard.

RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to:  Counsel of record
    [ ]     United States Marshal
    [ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above personal mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  2/4/05                              S/Denise Koester
                                           Deputy Clerk, U.S. District Court

(1178-101894)

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 24, 2005

By the Court:

| | |
|---|---|
| ROSE KELLY, LINDA PETERSON, MARY A. BUCHANAN, et al., <br>     Plaintiffs-Appellants, | ] Appeal from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. |
| No. 04-1646     v. | ] No. 01 C 4012 |
| ROCK ISLAND HOUSING AUTHORITY, SUSAN ANDERSON, individually and in her official capacity as Executive Director and ROSLYNN WASHINGTON, individually and in her official capacity as Housing Director, <br>     Defendants-Appellees. | ] Joe Billy McDade, <br> ]    Judge. |

    Pursuant to this court's orders of October 26, 2004, and December 22, 2004, appellant Valley Homes Resident Council was ordered to secure new counsel and have counsel file an appearance and a disclosure statement by January 4, 2005. To this date, no attorney has filed an appearance or a disclosure statement on behalf of Valley Homes Resident Council. Because an artificial entity may only appear and proceed by and through an attorney,

    IT IS ORDERED that this appeal is DISMISSED as to appellant Valley Homes Resident Council. *See Rowland v. California Men's Colony,* 506 U.S. 194, 202 (1993). This appeal remains active as to the other parties.