E-FILED
Thursday, 10 February, 2005  10:10:32 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 31(c)(2)**

Date: February 8, 2005

By the Court:

No. 04-1646

LINDA PETERSON, MARY A. BUCHANAN, ROSE KELLY, et al.,
    Plaintiffs - Appellants

  v.

ROCK ISLAND HOUSING AUTHORITY, SUSAN ANDERSON, individually and in her official capacity as Executive Director and ROSLYNN WASHINGTON, individually and in her official capacity as Housing Director,
    Defendants - Appellees

Appeal from the United States District Court for the Central District of Illinois
No. 01 C 4012, Joe Billy McDade, Judge

FILED
FEB 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    This court issued a Rule to Show Cause on <> and there has been no response filed. Pursuant to that Rule to Show Cause and Circuit Rule 31(c)(2),

    **IT IS ORDERED** that this cause is **DISMISSED** for want of prosecution.

(1034-110293)

A True Copy:
Teste:

*Kelly Hardins, deputy clerk*
United States
...als for the
...it.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   February 8, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 40
        211 - 19th Street
        Rock Island, IL  61201

FROM:   Gino J. Agnello, Clerk

RE:     04-1646
        Peterson, Linda v. Rock Island Housing
        01 C 4012, Joe Billy McDade, Judge

        Herewith is the mandate of this court in this appeal.
        A certified copy of the opinion/order of the court
        shall constitute the mandate.

        There was no record filed with this court in this cause.

        Copies of this notice sent to:          Counsel of record

        [ ]     United States Marshal

        [ ]     United States Probation Office


        Please acknowledge receipt of these documents on the enclosed copy
        of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Received above mandate from the Clerk, U.S.  Court of Appeals for
        the Seventh Circuit.

Date:  2/10/05                              S/Denise Koester
(1202-052495)                               Deputy Clerk, U.S. District Court